THE PEOPLE *ex rel.* Keokuk and Hamilton Bridge Company

*v.*

WILLIAM L. GUTHRIE, Assessor.

*Filed at Springfield January 12, 1894.*

This case is governed by the *Keokuk and Hamilton Bridge Co. case,* 145 Ill. 596, relating to taxation of a bridge across the Mississippi river.

APPEAL from the Appellate Court for the Third District;— heard in that court on appeal from the Circuit Court of Hancock county; the Hon. OSCAR P. BONNEY, Judge, presiding.

Per CURIAM: This cause was submitted with *Keokuk and Hamilton Bridge Co.* v. *The People*, 145 Ill. 596, and is to be governed by the decision rendered in that case.

The judgments of the circuit and Appellate Courts will be reversed, and the cause remanded.

                    *Judgment reversed.*